IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. ROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW L. CLOUD, et. al.,<br><br>    Defendants. | No. C 15-01904 HRL (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a state prisoner at San Francisco County Jail, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1.) That same day, Plaintiff was informed that he had not signed his complaint as required by the Federal Rules of Civil Procedure. (Docket No. 3.) A copy of his unsigned complaint was mailed back to him and he was instructed to submit a signed complaint on the proper form, noting the above-referenced case number, within twenty-eight days of the date of the order informing him of the complaint's deficiency. (Id.) Plaintiff was warned that failure to correct the deficiency by the deadline provided would result in his action being dismissed and the file being closed. (Id.)

//
//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The deadline to submit a signed complaint has passed, and Plaintiff has not cured the deficiency or communicated with the Court. Accordingly, the Court dismisses this action without prejudice. The Clerk shall terminate all pending motions and deadlines.

DATED: 6/17/15

HOWARD R. LLOYD
United States Magistrate Judge